UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA DOMINGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW M. SAUL,<br><br>　　　　Defendant. | Case No. 19-cv-07292-HSG<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

　　　　The Court **DIRECTS** Plaintiff to file a consent or declination to proceed before a magistrate judge by January 31, 2020. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms.

**IT IS SO ORDERED.**

Dated: 1/15/2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge