DAVID L. ANDERSON (CSBN 149604)
United States Attorney
DEBORAH STACHEL (CSBN 230138)
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN (CSBN 259511)
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA DOMINGUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 4:19-cv-07292-HSG<br><br>ORDER REMANDING CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

Order of Remand, 4:19-cv-07292-HSG

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ORDERS that this case be remanded to the Social Security Administration for further proceedings, consistent with the parties' joint stipulation, and that judgment be entered for Plaintiff.

Date: 2/14/2020

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

Order of Remand, 4:19-cv-07292-HSG

1