DAVID L. ANDERSON (CSBN 149604)
United States Attorney
DEBORAH STACHEL (CSBN 230138)
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN (CSBN 259511)
Special Assistant United States Attorney
      Social Security Administration
      Office of the General Counsel
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8982
      Facsimile: (415) 744-0134
      Email: timothy.bolin@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CYNTHIA DOMINGUEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 4:19-cv-07292-HSG<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

    Based upon the parties' Stipulation to the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, THE COURT ORDERS that fees in the amount of $2,075, as authorized under 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation. Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act is denied as moot.

Date:    6/11/2020

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

1